COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-17-00790-CR |
| Style: | Frank Gill v. The State of Texas |
| Date motion filed*: | February 21, 2018 |
| Type of motion: | Second Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant's appointed counsel Danny K. Easterling |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?   No.

If motion to extend time:

    Original due date:          December 11, 2017

    Number of extensions granted:    1    Current Due Date:  February 9, 2018

    Date Requested:          April 9, 2018 (119 days from original due date)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  April 9, 2018.

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

The Clerk of this Court's February 20, 2018 notice warned counsel that because his brief had not been timely filed, if the Court does not receive a motion or brief within 10 days of that notice, it would abate this case for a late-brief hearing. *See* TEX. R. APP. P. 38.8(b)(2). Because appellant's counsel's request was timely and states that he has been busy with several court appearances and other appeals, it is **granted**, but counsel is warned that **no further extensions will be granted** due to the total length requested. *See* TEX. R. APP. P. 10.5(b)(1)(B), (C), 38.6(d). Accordingly, if appellant's brief is not filed by **April 9, 2018**, this Court may abate this case. *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley
              ☑ Acting individually    ☐ Acting for the Court
Date: February 27, 2018